UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No.: 17-CV-14041 – Martinez/Maynard

PATRICIA KENNEDY, individually

    Plaintiff,

vs.

WILLIAM D. MCKNIGHT, individually;
KATHRYN A. MCKNIGHT, individually

    Defendants.

_____/

## DEFENDANTS, WILLIAM D. MCKNIGHT and KATHRYN A. MCKNIGHT RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS

DEFENDANTS, WILLIAM D. MCKNIGHT and KATHRYN A. MCKNIGHT ("MCKNIGHTS") by and through their undersigned counsel files this their Responses to Plaintiff's Request For Admissions, for good cause, and would show unto this court, the following:

1.     Objection – request calls for a speculative opinion on many legal issues.

2.     Denied.

3.     Admit.

4.     Admit.

5.     Denied.

6.     Denied.

EXHIBIT "A"

7. Denied.

8. Denied.

9. Denied.

10. Denied.

Dated: July 27, 2017

                **J. O. HOPKINS & ASSOCIATES, P.A.**
                Attorney for Defendants
                1515 N. Federal Highway, Suite 107
                Boca Raton, Florida 33432
                Telephone: (561) 392-7000
                jhopkins_fwf@bellsouth.net
                johopkinslaw@yahoo.com

By: _____
                JOHN O. HOPKINS, ESQ.
                Florida Bar No. 752150

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No.: 17-CV-14041 – Martinez/Maynard

PATRICIA KENNEDY, individually

    Plaintiff,

vs.

WILLIAM D. MCKNIGHT, individually;
KATHRYN A. MCKNIGHT, individually

    Defendants.

_____/

## DEFENDANTS WILLIAM D. MCKNIGHT and KATHRYN A. MCKNIGHT RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

DEFENDANTS, WILLIAM D. MCKNIGHT and KATHRYN A. MCKNIGHT ("MCKNIGHTS") by and through their undersigned Counsel files this their Responses to the Plaintiff's First Request for Production of Documents and would state as follows:

    a.    None.

    b.    None.

    c.    Privileged – confidential, privacy; Objection – irrelevant, overbroad, unduly burdensome.

    d.    Objection – irrelevant, unduly burdensome and harassment as in public records.

    e.    None.

f. Privileged – confidential, privacy; Objection – irrelevant, overbroad, unduly burdensome and harassment.

g. Privileged – confidential, privacy; Objection – irrelevant, overbroad, unduly burdensome and harassment.

h. Objection – irrelevant, unduly burdensome and harassment as in public records

i. None.

j. Privileged – confidential, privacy; Objection – irrelevant, overbroad, unduly burdensome and harassment.

k. None.

l. None.

m. None.

n. None.

o. None.

p. None.

q. None.

r. None.

s. None.

t. None.

Dated: July 27, 2017.

                              J O. HOPKINS & ASSOCIATES, P.A.
                              Attorney for the Defendants
                              1515 N. Federal Highway #107
                              Boca Raton, Florida 33432
                              Telephone: 561-392-7000
                              jhopkins_fwf@bellsouth.net
                              johopkinlaw@yahoo.com

                     By: _____
                              JOHN O. HOPKINS, ESQ.
                              Florida Bar No. 752150

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No.: 17-CV-14041 – Martinez/Maynard

PATRICIA KENNEDY, individually

    Plaintiff,

vs.

WILLIAM D. MCKNIGHT, individually;
KATHRYN A. MCKNIGHT, individually

    Defendants.
_____/

## NOTICE OF SERVICE OF WILLIAM D. MCKNIGHT and KATHRYN A. MCKNIGHT RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

    COMES NOW, the Defendants, WILLIAM D. MCKNIGHT and KATHRYN A. MCKNIGHT ("MCKNIGHTS") by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure, gives Notice of Service of their Responses to Plaintiff's First Set of Interrogatories.

    I HEREBY CERTIFY that a true and correct copy of the foregoing and Defendant's Original Responses to Plaintiff's Interrogatories were sent by U.S. Mail to those on the attached service list, this 27th day of July, 2017.

                                        J.O. HOPKINS & ASSOCIATES, P.A.
                                        Attorney for Defendants
                                        1515 N. Federal Hwy
                                        Suite 107
                                        Boca Raton, FL 33432
                                        Telephone: 561-392-7000
                                        jhopkins_fwf@bellsouth.net

                                        By: _____
                                        JOHN O. HOPKINS, ESQ.
                                        Florida Bar No.: 752150

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No.: 17-CV-14041 – Martinez/Maynard

PATRICIA KENNEDY, individually
   Plaintiff,
vs.
WILLIAM D. MCKNIGHT, individually;
KATHRYN A. MCKNIGHT, individually
   Defendants.
_____/

## CERTIFICATE OF SERVICE

  I hereby certify that on July 27, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _____
John O. Hopkins, Esquire
J.O. HOPKINS & ASSOCIATES, P.A.
Attorney for Defendants
McKnights
1515 N. Federal Highway
Suite 107
Boca Raton, Fla. 33432
Telephone: (561) 392-7000
E-mail: jhopkins_fwf@bellsouth.net
Florida Bar No.: 752150

## SERVICE LIST

Patricia Kennedy v. William D. McKnight, et al.
CASE NO.: 17-CV-14041–Martinez/Maynard
United States District Court, Southern District Of Florida

Aaron Finesilver, Esq.
Thomas B. Bacon, P.A.
100 N. Biscayne Blvd., Suite 1300
Miami, FL 33132
305-702-8355
aaron@finesilverlaw.com

## RESPONSE TO INTERROGATORIES

1.   a,    William D. McKnight, individually
   Kathryn A. McKnight, individually
   Jeff Berning, APEC
   c/o J.O. Hopkins & Associates, P.A.
   1515 N. Federal Highway, Suite 107
   Boca Raton, FL 33432
   561-392-7000

     b.    William D. McKnight and Kathryn A. McKnight - Owners
   Falcon Oil Company - Owner

     c.    Operator/Lessee

     d.    Automated Petroleum & Energy Company, Inc.
   P.O. Box 1110
   Brandon, FL 33509

           Sadham Sakar
   7045 Okeechobee Road
   Fort Pierce, FL 34945

     e.    See Initial Disclosures

2. McKnights are owners of Fort Pierce Marathon Gas Station since 1998.

3. Replacement of underground gas tanks and gas islands, October, 2009, Hy-Tech Petroleum Maintenance, 3301 RT. 574 West, Plant City, FL 33563; Remodel of restrooms, July, 2017, Feliz Ferra Plumbing, 3750 Hacienda Blvd., Suite F, Davie, FL 33314.

4. Replacement of underground gas tanks and gas islands, October, 2009; Hy-Tech Petroleum Maintenance, 3301 RT. 574 West, Plant City, FL 33563.

5. None.

6. Not involved with the initial construction of the facility.

7. Yes. one parking space marked with sign.

8. None.

9. Two, male/female; expert report forthcoming, modified July 2017 and yes appropriate signage.

10. Expert report forthcoming, yes July, 2017, Felix Ferra Plumbing, 3750 Hacienda Blvd., Suite F, Davie, FL 33314.

11. Privileged-confidential, privacy; Objection-irrelevant, overbroad and unduly burdensome.

12. Five (5) including disabled parking space.

13. Automated Petroleum & Energy Company, Inc.
    Since 1998.

14. William D. McKnight, Owner
    Kathryn A. McKnight, Owner
    Objection – irrelevant, overbroad and unduly burdensome.
    Privileged – privacy, confidential.

15. Individuals.

16. Privileged – privacy, confidential.
    Objection – irrelevant, overbroad and unduly burdensome.

17. Objection – irrelevant, overbroad and unduly burdensome.

18. Objection – irrelevant, overbroad and unduly burdensome.

_____
Signature

STATE OF Florida )
) SS.
COUNTY OF Hillsborough )

Before me, the undersigned authority, appeared William D. McKnight who is known to me as the person who executed the foregoing and who did/did not take an oath on this 27th day of July, 2017.

JOANNE C. JOHNSON
Commission # GG 009678
Expires July 13, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

_____
NOTARY PUBLIC
STATE OF _____ AT LARGE
My Commission Expires: _____

_____
Signature

STATE OF _FLORIDA_ )
                   ) SS.
COUNTY OF _HILLSBOROUGH_ )

Before me, the undersigned authority, appeared _KATHRYN A. McKNIGHT_ who is known to me as the person who executed the foregoing and who did/did not take an oath on this _27th_ day of _July_, 2017.

JOANNE C. JOHNSON
Commission # GG 009678
Expires July 13, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

_____
NOTARY PUBLIC
STATE OF _____ AT LARGE
My Commission Expires: _____

**Subject:** FW: Stipulation
**From:** John Hopkins (jhopkins_fwf@bellsouth.net)
**To:** johopkinslaw@yahoo.com;
**Date:** Monday, September 25, 2017 10:09 AM

**From:** John Hopkins [mailto:jhopkins_fwf@bellsouth.net]
**Sent:** Wednesday, September 20, 2017 3:15 PM
**To:** Aaron@finesilverlaw.com
**Subject:** Stipulation

Aaron,

  Please provide a response tomorrow regarding a stipulation agreement regarding your motion to compel. i am not going to make a readily achievable defense in order to avoid remedial modifications. I will provide the one page document used previously in other cases. Let me know.

Thanks , John

https://mg.mail.yahoo.com/neo/launch?.rand=4pf3v4nbqmqiq

EXHIBIT "3"