UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PATRICIA KENNEDY**,

    Plaintiff,

Case No: 2:17-cv-14041-JEM

v.

**WILLIAM D. KNIGHT, and
KATHRYN A KNIGHT,**

    Defendants,
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL

**THE PARTIES**, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), *Fed.R.Civ.P.*, hereby stipulate to the voluntary dismissal of this action without prejudice. Each party to bear their respective attorney's fees, costs, and expenses.

| For the Plaintiff: | For the Defendants: |
|---|---|
| Thomas B. Bacon, P.A. | /s/JOHN O. HOPKINS, ESQ. |
| by: */s/Philip Michael Cullen, III* | J.O. HOPKINS & ASSOCIATES, P.A. |
| Fla. Bar No: 167853 | Florida Bar No: 752150 |
| 621 South Federal Highway, Suite Four | 1515 N. Federal Highway |
| Fort Lauderdale, Florida 33301 | Suite 107 |
| Telephone: (954) 462-0600 | Boca Raton, Fla 33432 |
| Facsimile: (954) 462-1717 | Telephone: (561) 392-7000 |
| e-mail: cullen@thomasbaconlaw.com | e-mail; jhopkins_fwf@bellsouth.net |