UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number:  17-14041-CIV-MARTINEZ-MAYNARD**

PATRICIA KENNEDY,

     Plaintiff,

vs.

WILLIAM D. MCKNIGHT and
KATHRYN A. MCKNIGHT,

     Defendants.

_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' stipulation for voluntary dismissal without prejudice [ECF No. 55].  It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**.  All parties shall bear their own attorneys' fees and costs.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this **27** day of February, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record